| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____　　Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy　　4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**　　**Esplanade HL, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)　　**27-4266804**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **20635 Abbey Woods Ct N #303** <br> **Frankfort, IL 60423** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Will** <br> County | **Location of principal assets, if different from principal place of business** <br> **2360 S. Randall Rd. Algonquin, IL 60102** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)　　_____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Esplanade HL, LLC** _____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

Debtor **Esplanade HL, LLC** _____  Case number (_if known_) _____
Name

**11. Why is the case filed in _this district?_**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Esplanade HL, LLC** _____ Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 17, 2016**
MM / DD / YYYY

X _____     **William Vander Velde III**
Signature of authorized representative of debtor     Printed name

Title  **Sole Member and Manager**

**18. Signature of attorney**

X  **/s/ Harold D. Israel**     Date  **October 17, 2016**
Signature of attorney for debtor     MM / DD / YYYY

**Harold D. Israel**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**208 South LaSalle Street**
**Suite 1750**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 337-7700**     Email address  **haroldi@goldmclaw.com**

**IL--6216289**
Bar number and State

Debtor    **Esplanade HL, LLC**                                          Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 17, 2016**
              MM / DD / YYYY

X _____          **William Vander Velde III**
  Signature of authorized representative of debtor       Printed name

Title   **Sole Member and Manager**

**18. Signature of attorney**   X _____    Date  **October 17, 2016**
                                  Signature of attorney for debtor           MM / DD / YYYY

**Harold D. Israel**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**208 South LaSalle Street**
**Suite 1750**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 337-7700**        Email address   **haroldi@goldmclaw.com**

**IL--6216289**
Bar number and State

Debtor **Esplanade HL, LLC** _____ Case number (*if known*) _____
     Name

| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF ILLINOIS | |
| Case number (*if known*) _____ Chapter **11** | ☐ Check if this an amended filing |

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **171 W. Belvidere Road, LLC** | | Relationship to you | | **Affiliate** |
| District | **Northern District of Illinois** | When **10/17/16** | Case number, if known | | **N/A** |
| Debtor | **2380 Esplanade Drive, LLC** | | Relationship to you | | **Affiliate** |
| District | **Northern District of Illinois** | When **10/17/16** | Case number, if known | | **N/A** |
| Debtor | **9501 W. 144th Place, LLC** | | Relationship to you | | **Affiliate** |
| District | **Northern District of Illinois** | When **10/17/16** | Case number, if known | | **N/A** |
| Debtor | **Big Rock Ranch, LLC** | | Relationship to you | | **Affiliate** |
| District | **Northern District of Illinois** | When **10/17/16** | Case number, if known | | **N/A** |

Fill in this information to identify the case:

Debtor name: **Esplanade HL, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beyer Insurance Agency<br>35 E. Wacker Dr, Ste 550<br>Chicago, IL 60601 | | | | | | $0.00 |
| BKN Murray Attys at Law<br>1500 Eisenhower Lane<br>#800<br>Lisle, IL 60532 | | | | | | $0.00 |
| Brian Wright and Associates, P.C.<br>1500 Eisenhower Lane<br>Suite 800<br>Lisle, IL 60532 | | | | | | $0.00 |
| George Venturella<br>20550 LaGrange Road<br>Frankfort, IL 60423 | | | Disputed | | | $33,750.00 |
| Hearne & Associates, PC<br>19250 S Everett Lane<br>Suite 200<br>Mokena, IL 60448 | | | | | | $0.00 |
| Jesse White Secretary of State Dept of Business Svcs<br>501 S 2nd Street<br>Springfield, IL 62756-5200 | | | | | | $0.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

*   A receiver was appointed over Esplanade HL, LLC's property on September 20, 2016. Thus, the Debtor's Top 20 list may be substantially amended once it receives its books and records.

Debtor **Esplanade HL, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kane County Treasurer<br>PO Box 4025<br>Geneva, IL 60134-4025 | | | | | | $0.00 |
| Martin's Landscaping<br>2612 Michael St<br>Wonder Lake, IL 60097 | | | | | | $0.00 |
| Moglia Advisors<br>1325 Remington Road<br>Suite H<br>Schaumburg, IL 60173 | | Receiver | | | | $0.00 |
| Travelers<br>CL Remittance Center<br>Hartford, CT 06183-1008 | | | | | | $0.00 |
| William J Arendt & Associates, PC<br>7035 Veterans Boulevard<br>Suite A<br>Willowbrook, IL 60527 | | Legal fees | | | | $14,482.15 |

**Fill in this information to identify the case:**

Debtor name: **Esplanade HL, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 17, 2016**     X  /s/ William Vander Velde III
                                          Signature of individual signing on behalf of debtor

                                          **William Vander Velde III**
                                          Printed name

                                          **Sole Member and Manager**
                                          Position or relationship to debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Esplanade HL, LLC**                               Case No.
                                        Debtor(s)           Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| William Vander Velde<br>20635 Abbey Woods Ct N #303<br>Frankfort, IL 60423 | | 100% | Membership Interests |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member and Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 17, 2016**              Signature  *William Vander Velde III*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Esplanade HL, LLC**                                           Case No.  _____

                           Debtor(s)                                   Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Esplanade HL, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**October 17, 2016**                                    /s/ William Vander Velde III
Date                                                    William Vander Velde III
                                                        Sole Member and Manager

# RESOLUTION
## of
## ESPLANADE HL, LLC
### (an Illinois Limited Liability Company)

### Effective as of October 17, 2016

The undersigned, in his capacity as the sole member and manager (the "*Manager*") of Esplanade HL, LLC, an Illinois limited liability company (the "*Company*"), hereby consents in writing to the following resolutions.

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions by written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, equity holders, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. William Vander Velde III (the "*Authorized Agent*") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Agent considers it appropriate;

RESOLVED FURTHER, that the Authorized Agent shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Agent may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Agent is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, brokers, investment bankers, accountants, restructuring professionals, financial advisors, and other

professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Agent;

RESOLVED FURTHER, that the Authorized Agent, and any employees or agents (including counsel) designated by or directed by such Authorized Agent, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Agent shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

## General Authorization

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Agent of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Agent of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Agent of the Company is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Agent or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

_____
William Vander Velde III
Sole Manager and Member of Esplanade HL, LLC

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Esplanade HL, LLC**                      Case No.

                                        Debtor(s)            Chapter    **11**

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            **36**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **October 17, 2016**                        /s/ William Vander Velde III/Sole Member and Manager
                                                                      Signer/Title

171 W. Belvidere Road, LLC
20635 Abbey Woods Ct N #303
Frankfort, IL 60423


2380 Esplanade Drive, LLC
20635 Abbey Woods Ct N #303
Frankfort, IL 60423


9501 W. 144th Place, LLC
20635 Abbey Woods Ct N #303
Frankfort, IL 60423


All American Commercial Roofing
Attn: Jeffrey M. Heftman
1 E. Wacker Dr., Suite 1700
Chicago, IL 60601


Beyer Insurance Agency
35 E. Wacker Dr, Ste 550
Chicago, IL 60601


Big Rock Ranch, LLC
20635 Abbey Woods Ct N #303
Frankfort, IL 60423


BKN Murray Attys at Law
1500 Eisenhower Lane
#800
Lisle, IL 60532


Brian Wright and Associates, P.C.
1500 Eisenhower Lane
Suite 800
Lisle, IL 60532


C.B.M. Plumbing, Inc.
Attn: Alan Garrow
510 South Batavia Ave.
Batavia, IL 60510


Classic Landscape Ltd.
Attn: William R. Kuehn
102 N. Cook St.
Barrington, IL 60010

```
Classic Touch Painting, Inc.
Attn: Thomas P. Dalton
6930 W.79th St.
Burbank, IL 60459


Commcon of Illinois Inc.
Attn: Walter Diambri
530 N. Milwakee Ave., Suite A
Libertyville, IL 60048


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


First Midwest Bank
24509 W. Lockport Street
Plainfield, IL 60544


GELO Properties, LLC
855 Jennifer Court
Lake Forest, IL 60045


George Venturella
20550 LaGrange Road
Frankfort, IL 60423


Hearne & Associates, PC
19250 S Everett Lane
Suite 200
Mokena, IL 60448


Hobby Lobby Stores, Inc.
7707 Southwest 44th Street
Attn: Real Estate Dept.
Oklahoma City, OK 73179


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664


Illinois Dept. of Employment Securi
Benefit Payment Control Division
PO BOx 4385
Chicago, IL 60680
```

```
Jesse White Secretary of State
Dept of Business Svcs
501 S 2nd Street
Springfield, IL 62756-5200


Kane County Treasurer
PO Box 4025
Geneva, IL 60134-4025


Keystone Construction, Inc.
Attn: Wendy Kenny
126 White Oak Dr.
Wheaton, IL 60187


Lauderdale Electric, Inc.
Attn: William Merrill Lauderdale
205 Prairie Lake Rd., Ste. A
Dundee, IL 60118


Martin's Landscaping
2612 Michael St
Wonder Lake, IL 60097


Moglia Advisors
1325 Remington Road
Suite H
Schaumburg, IL 60173


Much Shelist
Attn: Steven Stender
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606


O'Hare Mechanical Contractors, Inc.
2500 W. Higgins Rd.
Suite 100
Hoffman Estates, IL 60169


SMG Security Systems, Inc.
Attn: John Reidy
120 King St.
Chicago, IL 60607
```

```
Steiner Electric Company
Attn: Raymond E. Saunders
30 S. Wacker Dr., Suite 500
Chicago, IL 60606


Travelers
CL Remittance Center
Hartford, CT 06183-1008


Triumph Construction



Triumph Construction Services Corp.
Attn: Joseph D. Palmisano
19 S. LaSalle St., Suite 900
Chicago, IL 60603


Watson Commercial Group, Inc.
Attn: John J. Chitkowski
801 Warrenville Rd., Suite 620
Lisle, IL 60532


William J Arendt & Associates, PC
7035 Veterans Boulevard
Suite A
Willowbrook, IL 60527


William Vander Velde
20635 Abbey Woods Ct N #303
Frankfort, IL 60423
```