Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 16−33008
Chapter: 11
Judge: Carol A. Doyle

In Re:
　Esplanade HL, LLC
　20635 Abbey Woods Ct N #303
　Frankfort, IL 60423

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
　27−4266804

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on May 23, 2018

　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: May 23, 2018　　　　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 16-33008-CAD
Esplanade HL, LLC                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mcamacho              Page 1 of 3           Date Rcvd: May 23, 2018
                              Form ID: ntcdsm             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
```
db         +Esplanade HL, LLC,    20635 Abbey Woods Ct N #303,    Frankfort, IL 60423-3191
25011606   +171 W. Belvidere Road, LLC,    20635 Abbey Woods Ct N #303,    Frankfort, IL 60423-3191
25011607   +2380 Esplanade Drive, LLC,    20635 Abbey Woods Ct N #303,    Frankfort, IL 60423-3191
25011608   +9501 W. 144th Place, LLC,    20635 Abbey Woods Ct N #303,    Frankfort, IL 60423-3191
25011609   +All American Commercial Roofing,     Attn: Jeffrey M. Heftman,    1 E. Wacker Dr., Suite 1700,
             Chicago, IL 60601-1814
25320501   +All American Commercial Roofing, INC.,     801 Warrenville Road, Suite 620,
             Lisle, IL 60532-4348
25011612   +BKN Murray Attys at Law,    1500 Eisenhower Lane,    #800,    Lisle, IL 60532-2135
25011611   +Big Rock Ranch, LLC,    20635 Abbey Woods Ct N #303,    Frankfort, IL 60423-3191
25198501   +Bruce Realty Inc,    454 West Virginia St,    Crystal Lake, IL 60014-5966
25011614   +C.B.M. Plumbing, Inc.,    Attn: Alan Garrow,    510 South Batavia Ave.,    Batavia, IL 60510-2902
25252705   +Caz Creek, IL LLC,    Attn: William Cohane,    1235-E East Boulevard, Ste 188,
             Charlotte, NC 28203-5707
25011615   +Classic Landscape Ltd.,    Attn: William R. Kuehn,    102 N. Cook St.,
             Barrington, IL 60010-3275
25314915   +Classic Landscape, Ltd.,    3 N 471 Powis Road,    Attn: Anne Bishop,
             West Chicago, IL 60185-1027
26027707   +Classic Touch Painting,    11206 S. Worth Avenue,    Worth, IL 60482-1821
25011616   +Classic Touch Painting, Inc.,    Attn: Thomas P. Dalton,    6930 W.79th St.,
             Burbank, IL 60459-1002
25011617   +Commcon of Illinois Inc.,    Attn: Walter Diambri,    530 N. Milwakee Ave., Suite A,
             Libertyville, IL 60048-2008
25252703   +Cook County Treasurer,    69 W Washington,    Suite 2830,    Chicago, IL 60602-3169
25320500   +Corey B. Stern,    801 Warrenville Road, Suite 620,    Lisle, IL 60532-4348
25011619   +First Midwest Bank,    24509 W. Lockport Street,    Plainfield, IL 60544-2318
25011620   +GELO Properties, LLC,    855 Jennifer Court,    Lake Forest, IL 60045-4313
25011621    George Venturella,    20550 LaGrange Road,    Frankfort, IL 60423
25011622   +Hearne & Associates, PC,    19250 S Everett Lane,    Suite 200,    Mokena, IL 60448-8964
25011623   +Hobby Lobby Stores, Inc.,    7707 Southwest 44th Street,     Attn: Real Estate Dept.,
             Oklahoma City, OK 73179-4899
25320380   +Jason M. Loebach,    801 Warrenville Road, Suite 620,    Lisle, IL 60532-4348
25011626    Jesse White Secretary of State,    Dept of Business Svcs,     501 S 2nd Street,
             Springfield, IL 62756-5200
25315201   +Joel Rabb,    821 Garfield St.,    Oak Park, IL 60304-1902
25011627    Kane County Treasurer,    PO Box 4025,    Geneva, IL 60134-4025
25011628   +Keystone Construction, Inc.,    Attn: Wendy Kenny,    126 White Oak Dr.,    Wheaton, IL 60187-4646
25011629   +Lauderdale Electric, Inc.,    Attn: William Merrill Lauderdale,     205 Prairie Lake Rd., Ste. A,
             Dundee, IL 60118-9112
25011630   +Martin's Landscaping,    2612 Michael St,    Wonder Lake, IL 60097-8517
25011631   +Moglia Advisors,    1325 Remington Road,    Suite H,    Schaumburg, IL 60173-4815
25011632   +Much Shelist,    Attn: Steven Stender,    191 N. Wacker Dr., Suite 1800,    Chicago, IL 60606-1631
25011633   +O'Hare Mechanical Contractors, Inc.,     2500 W. Higgins Rd.,    Suite 100,
             Hoffman Estates, IL 60169-2052
25011634    SMG Security Systems, Inc.,    Attn: John Reidy,    120 King St.,    Chicago, IL 60607
25011635   +Steiner Electric Company,    Attn: Raymond E. Saunders,    30 S. Wacker Dr., Suite 500,
             Chicago, IL 60606-7413
25315202   +TRIUMPH CONSTRUCTION SERVICES CORPORATION,     821 Garfield St.,    Oak Park, IL 60304-1902
25011636    Travelers,    CL Remittance Center,    Hartford, CT 06183-1008
25011637   +Triumph Construction Services Corp.,     Attn: Joseph D. Palmisano,
             19 S. LaSalle St., Suite 900,    Chicago, IL 60603-1225
25011638   +Watson Commercial Group, Inc.,    Attn: John J. Chitkowski,     801 Warrenville Rd., Suite 620,
             Lisle, IL 60532-4348
25320381   +Watson Commercial Group, Inc. DBA Couture Surfaces,     801 Warrenville Road, Suite 620,
             Lisle, IL 60532-4348
25011639   +William J Arendt & Associates, PC,     7035 Veterans Boulevard,    Suite A,
             Willowbrook, IL 60527-5677
25011640   +William Vander Velde,    20635 Abbey Woods Ct N #303,    Frankfort, IL 60423-3191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25011618    +EDI: IRS.COM May 24 2018 04:19:00      Department of the Treasury,    Internal Revenue Service,
             PO Box 7346,    Philadelphia, PA 19101-7346
25279370    +E-mail/Text: fmb.bankruptcy@firstmidwest.com May 24 2018 00:30:10      First Midwest Bank,
             Attn: Brian Conti,    One Pierce Place,    Suite 1500,    Itasca, IL 60143-1234
25011624    +E-mail/Text: rev.bankruptcy@illinois.gov May 24 2018 00:29:46
             Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
25011625    +E-mail/Text: des.claimantbankruptcy@illinois.gov May 24 2018 00:30:42
             Illinois Dept. of Employment Securi,    Benefit Payment Control Division,    PO BOx 4385,
             Chicago, IL 60680-4385
25405745    +E-mail/Text: lferreira@smsfinancial.net May 24 2018 00:30:22       SMS Financial JDC LP,
             6829 North 12 Street,    Phoenix, AZ 85014-1109
                                                                                               TOTAL: 5
```

```
District/off: 0752-1          User: mcamacho              Page 2 of 3                   Date Rcvd: May 23, 2018
                              Form ID: ntcdsm             Total Noticed: 47
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
25252704*      +First Midwest Bank,    24509 W Lockport St,    Plainfield, IL 60544-2318
25011610      ##+Beyer Insurance Agency,    35 E. Wacker Dr, Ste 550,    Chicago, IL 60601-2117
25011613      ##+Brian Wright and Associates, P.C.,    1500 Eisenhower Lane,    Suite 800,    Lisle, IL 60532-2135
26027389      ##+O'Hare Mechanical Contractors, Inc,    95 Gaylord Street,    Elk Grove Village, IL 60007-1126
                                                                                             TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
```
              Alan Garrow, ESQ   on behalf of Creditor    C.B.M. Plumbing, Inc. agarrow@nealisgarrow.com
              Harold D. Israel    on behalf of Debtor 1    Esplanade HL, LLC haroldi@restructuringshop.com,
               seanw@restructuringshop.com;teresag@restructuringshop.com
              Harold D. Israel    on behalf of Interested Party    2380 Esplanade Drive, LLC
               haroldi@restructuringshop.com,   seanw@restructuringshop.com;teresag@restructuringshop.com
              Harold D. Israel    on behalf of Debtor 1    171 W. Belvidere Road, LLC
               haroldi@restructuringshop.com,   seanw@restructuringshop.com;teresag@restructuringshop.com
              Harold D. Israel    on behalf of Interested Party    171 W. Belvidere Road, LLC
               haroldi@restructuringshop.com,   seanw@restructuringshop.com;teresag@restructuringshop.com
              Harold D. Israel    on behalf of Debtor 1    9501 W. 144th Place, LLC haroldi@restructuringshop.com,
               seanw@restructuringshop.com;teresag@restructuringshop.com
              Harold D. Israel    on behalf of Interested Party    9501 W. 144th Place, LLC
               haroldi@restructuringshop.com,   seanw@restructuringshop.com;teresag@restructuringshop.com
              Harold D. Israel    on behalf of Interested Party    Big Rock Ranch, LLC
               haroldi@restructuringshop.com,   seanw@restructuringshop.com;teresag@restructuringshop.com
              Harold D. Israel    on behalf of Debtor 1    Big Rock Ranch, LLC haroldi@restructuringshop.com,
               seanw@restructuringshop.com;teresag@restructuringshop.com
              Harold D. Israel    on behalf of Debtor 1    2380 Esplanade Drive, LLC
               haroldi@restructuringshop.com,   seanw@restructuringshop.com;teresag@restructuringshop.com
              Kevin M Carrara    on behalf of Creditor    Hobby Lobby kcarrara@rathjewoodward.com,
               nwinters@rathjewoodward.com;lpaddock@rathjewoodward.com
              Kristin E Hoeksema    on behalf of Creditor    O'Hare Mechanical Contractors, Inc
               kristy@spagnolohoeksema.com
              Kristin E Hoeksema    on behalf of Creditor    Classic Touch Painting kristy@spagnolohoeksema.com
              Lisa Peters    on behalf of Creditor    VEREIT Acquisitions, LLC lisa.peters@kutakrock.com
              Matthew J Stockl    on behalf of Creditor    Synergy Property Holdings, LLC mstockl@foley.com,
               TDolcourt@foley.com
              Matthew J Stockl    on behalf of Attorney    First Midwest Bank mstockl@foley.com,
               TDolcourt@foley.com
              Michael J. Faley    on behalf of Interested Party William   Vander Velde mfaley@crishamlaw.com
              Michael J. Small    on behalf of Creditor    Synergy Property Holdings, LLC msmall@foley.com,
               thardy@foley.com;CHI-LitigationDocket@foley.com
              Michael J. Small    on behalf of Attorney    First Midwest Bank msmall@foley.com,
               thardy@foley.com;CHI-LitigationDocket@foley.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Raymond Sanguinetti    on behalf of Creditor    Hobby Lobby rsanguinetti@rathjewoodward.com,
               jkrafcisin@rathjewoodward.com;nwinters@rathjewoodward.com
              Richard G Larsen    on behalf of Creditor    Commcon of Illinois, Inc. rlarsen@springerbrown.com,
               skadlcek@springerbrown.com;iprice@springerbrown.com
              Sean P. Williams    on behalf of Interested Party    9501 W. 144th Place, LLC
               seanw@restructuringshop.com
              Sean P. Williams    on behalf of Debtor 1    9501 W. 144th Place, LLC seanw@restructuringshop.com
              Sean P. Williams    on behalf of Debtor 1    2380 Esplanade Drive, LLC seanw@restructuringshop.com
```

```
District/off: 0752-1          User: mcamacho              Page 3 of 3              Date Rcvd: May 23, 2018
                              Form ID: ntcdsm             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sean P. Williams   on behalf of Debtor 1    Esplanade HL, LLC seanw@restructuringshop.com
          Sean P. Williams   on behalf of Debtor 1    171 W. Belvidere Road, LLC seanw@restructuringshop.com
          Sean P. Williams   on behalf of Debtor 1    Big Rock Ranch, LLC seanw@restructuringshop.com
          Therese C. King   on behalf of Creditor    Hobby Lobby tnohos@rathjewoodward.com,
           nwinters@rathjewoodward.com,jfox@rathjewoodward.com
          Therese C. King   on behalf of Debtor 1    Esplanade HL, LLC tnohos@rathjewoodward.com,
           nwinters@rathjewoodward.com,jfox@rathjewoodward.com
          William J McKenna   on behalf of Creditor    Synergy Property Holdings, LLC wmckenna@foley.com,
           thardy@foley.com;khall@foley.com
          William J McKenna   on behalf of Attorney    First Midwest Bank wmckenna@foley.com,
           thardy@foley.com;khall@foley.com
                                                                                                                                                                 TOTAL: 32